UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

BEATRICE COOMER, TARIN COX,
LINDSEY CULVER, BRITTANY DAVEY,
TINA EDWARDS, ALISHA GARCIA,
BRITTANY GREGORY, DEJONAE HAWKINS,
COURTNEY HUFF, ROXANNE HUMPHREY,
JESSICA JAGGER, MARY JOHNSON,
ASHLEY LAMES, JULIE LAWSON,
TABATHA RUDOLPH, ASHLEY SANTIAGO,
APRIL SNYDER, AMANDA WATERS,
VICTORIA WIMP, and CARRIE WISEMAN
  *Plaintiffs*,

V.

CASE NO. NA 99-
JURY TRIAL DEMANDED

JAMIE NOEL, in his individual
and official capacity as Clark County Sheriff,
DAVID LOWE, and
UNNAMED OFFICERS OF THE CLARK
COUNTY SHERIFF'S DEPARTMENT,
in their individual and official capacities
  *Defendants*.

SUMMONS IN A CIVIL ACTION

To: Unnamed Officers at the Clark County Sheriff's Department
   501 East Court Ave. #159
   Jeffersonville, Indiana 47130

 A lawsuit had been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are a United States agency, or an officer or employee of the United States as described in Fed. R. Civ. P. 129(a)(2) or (3) you must serve on the plaintiff am answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and addresses are:

Bart Betteau  
Betteau Law Office  
1212 State Street  
New Albany, Indiana 47150

William P. McCall III  
332 Spring Street  
Jeffersonville, IN 47130

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion within the Court.

              Clark of Court

Date: _____        _____  
                Signature of Clark or Deputy Clark

Civil Action Number:                                         Civil Summons (Page 3)

## PROOF OF SERVICE

(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(1))

      This summons for (*name of individual and title, if any*) _____ was received by me on (*date*)_____.

☐ I personally served the summons on the individual at (*place*)_____ _____ on (*date*)_____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (*date*) _____; or

☐ I returned to service unexcepted because _____; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for service, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                                   *Server's Signature*

                                                                   _____
                                                                   *Printed Name and Title*

                                                                   _____
                                                                   *Server's address*