UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

BEATRICE COOMER, TARIN COX,
LINDSEY CULVER, BRITTANY DAVEY,
TINA EDWARDS, ALISHA GARCIA,
BRITTANY GREGORY, DEJONAE HAWKINS,
COURTNEY HUFF, ROXANNE HUMPHREY,
JESSICA JAGGER, MARY JOHNSON,
ASHLEY LAMES, JULIE LAWSON,
TABATHA RUDOLPH, ASHLEY SANTIAGO,
APRIL SNYDER, AMANDA WATERS,
VICTORIA WIMP, and CARRIE WISEMAN
    *Plaintiffs*,

V.

CASE NO. 4:22-cv-00079-TWP-DML
JURY TRIAL DEMANDED

JAMIE NOEL, in his individual
and official capacity as Clark County Sheriff,
DAVID LOWE, and
UNNAMED OFFICERS OF THE CLARK
COUNTY SHERIFF'S DEPARTMENT,
in their individual and official capacities
    *Defendants*.

SUMMONS IN A CIVIL ACTION

To:   Clark County Sheriff's Department
      501 East Court Ave. #159
      Jeffersonville, Indiana 47130

     A lawsuit had been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are a United States agency, or an officer or employee of the United States as described in Fed. R. Civ. P. 129(a)(2) or (3) you must serve on the plaintiff am answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and addresses are:

| | |
|---|---|
| Bart Betteau<br>Betteau Law Office<br>1212 State Street<br>New Albany, Indiana 47150 | William P. McCall III<br>332 Spring Street<br>Jeffersonville, IN 47130 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion within the Court.

*CLERK OF COURT*, Roger A.G. Sharpe

Date: _June 22, 2022____          BY: _____
                                           *Deputy Clerk*