UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

BEATRICE COOMER, TARIN COX,
LINDSEY CULVER, BRITTANY DAVEY,
TINA EDWARDS, ALISHA GARCIA,
BRITTANY GREGORY, DEJONAE HAWKINS,
COURTNEY HUFF, ROXANNE HUMPHREY,
JESSICA JAGGER, MARY JOHNSON,
ASHLEY LAMES, JULIE LAWSON,
TABATHA RUDOLPH, ASHLEY SANTIAGO,
APRIL SNYDER, AMANDA WATERS,
VICTORIA WIMP and CARRIE WISEMAN,

    Plaintiffs

v.                                         CASE NO.: 4:22-cv-00079-TWP-DML

JAMIE NOEL, in his individual and
official capacity as Clark County Sheriff,
DAVID LOWE, and
UNNAMED OFFICERS OF THE
CLARK COUNTY SHERIFF'S DEPARTMENT,
in their individual and official capacities,

    Defendants

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for: **Jamey Noel, in his individual and official capacity as Clark County Sheriff, Clark County Sheriff's Department.**

                                 Respectfully submitted,

                                 KIGHTLINGER & GRAY, LLP

By:   s/ R. Jeffrey Lowe
        R. Jeffrey Lowe, Atty. #21508-22
        KIGHTLINGER & GRAY, LLP
        Bonterra Building, Suite 200
        3620 Blackiston Boulevard
        New Albany, IN  47150
        jlowe@k-glaw.com
        Phone:  (812) 949-2300
        Fax:  (812) 949-8556
        *Counsel for Defendant,*
        *Sheriff Jamey Noel,*
        *Clark County Sheriff's Dept.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the **13th day of July, 2022,** a copy of the foregoing Notice of Appearance was filed electronically with the Court.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

William P. McCall, III
Mosley, Bertrand, Jacobs & McCall
332 Spring Street
Jeffersonville, IN 47130
wmpm3@msn.com

Bart M. Betteau
Betteau Law Office, LLC
1212 State Street
New Albany, IN 47150
office@betteau.com

David Lowe
c/o Clark County Sheriff's Dept.
501 East Court Avenue
Jeffersonville, IN 47130

                                          s/ R. Jeffrey Lowe
                                          R. Jeffrey Lowe
                                          Kightlinger & Gray, LLP