# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70141820000200516634

Remove X

Your item was delivered to an individual at the address at 11:27 am on June 24, 2022 in NEW SALISBURY, IN 47161.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Left with Individual

June 24, 2022 at 11:27 am
NEW SALISBURY, IN 47161

Feedback

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback