UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

BEATRICE COOMER, TARIN COX,
LINDSEY CULVER, BRITTANY DAVEY,
TINA EDWARDS, ALISHA GARCIA,
BRITTANY GREGORY, DEJONAE HAWKINS,
COURTNEY HUFF, ROXANNE HUMPHREY,
JESSICA JAGGER, MARY JOHNSON,
ASHLEY LAMES, JULIE LAWSON,
TABATHA RUDOLPH, ASHLEY SANTIAGO,
APRIL SNYDER, AMANDA WATERS,
VICTORIA WIMP, and CARRIE WISEMAN
    *Plaintiffs*,

    V.                                 CASE NO. 4:22-cv-00079-TWP-DML

JAMIE NOEL, in his individual
and official capacity as Clark County Sheriff,
DAVID LOWE, and
UNNAMED OFFICERS OF THE CLARK
COUNTY SHERIFF'S DEPARTMENT,
in their individual and official capacities
    *Defendants*.

## PROOF OF SERVICE

Service was made upon Defendant, Unnamed Officers of the Clark County Sheriff's Department, as required by law, on June 24, 2022, via Certified Mail Return Receipt Requested, Article No.: 7014 1820 0002 0051 6603 [attached].

    Respectfully submitted,

    */s/ William P. McCall, III*

    _____
    William P. McCall, III (#14159-10)
    332 Spring Street
    Jeffersonville, IN 47130

    */s/ Bart M. Betteau*

    _____
    Bart M. Betteau (#16647-46)
    Betteau Law Office, LLC

1212 State Street
New Albany, IN 47150

## CERTIFICATE OF SERVICE

I hereby certify that on the **19th day of July, 2022,** a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

R. Jeffrey Lowe, Atty. #21508-22
KIGHTLINGER & GRAY, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
*Counsel for Defendant,*
*Sheriff Jamey Noel,*
*Clark County Sheriff's Dept.*

David Lowe
*Defendant, Pro se*

Unnamed Officers of the
Clark County Sheriff's Dept.
*Defendants, Pro se*

Respectfully submitted,

*/s/ William P. McCall, III*
_____
William P. McCall, III (#14159-10)

*/s/ Bart M. Betteau*
_____
Bart M. Betteau (#16647-46)